*In re* **MOORE**, John Henry IV (MR 20214)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent John Henry Moore

IV is suspended from the practice of law for two years and until further order of the Court. Suspension effective October 17, 2005.